*People v Phelps*, 4 AD3d 863 [2004]; *People v Kelly*, 309 AD2d 1149, 1150 [2003], *lv denied* 1 NY3d 575 [2003]; *see also People v Cuttler*, 270 AD2d 654 [2000], *lv denied* 95 NY2d 795 [2000]). Because defendant did not move to dismiss at the close of the People's case, his legal insufficiency argument is not preserved for our review (*see People v Gray*, 86 NY2d 10, 19 [1995]). The verdict is not against the weight of the evidence (*see People v Bleakley*, 69 NY2d 490, 495 [1987]), and the sentence is not unduly harsh or severe. Present—Pine, J.P., Wisner, Scudder, Gorski and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACHOBI KELLY, Appellant. (Appeal No. 1.) [779 NYS2d 378]—Appeal from a judgment of the Erie County Court (Timothy J. Drury, J.), rendered August 7, 2002. The judgment convicted defendant, upon his plea of guilty, of manslaughter in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pine, J.P., Wisner, Scudder, Gorski and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACHOBI KELLY, Appellant. (Appeal No. 2.) [779 NYS2d 378]—Appeal from a judgment of the Erie County Court (Timothy J. Drury, J.), rendered August 7, 2002. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pine, J.P., Wisner, Scudder, Gorski and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACHOBI KELLY, Appellant. (Appeal No. 3.) [779 NYS2d 379]—Appeal from a judgment of the Erie County Court (Timothy J. Drury, J.), rendered August 7, 2002. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the third degree (two counts).

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pine, J.P., Wisner, Scudder, Gorski and Lawton, JJ.